# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON C. LAU,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, Warden,<br><br>　　　　　Respondent. | NO. CV 11-1529 JSL (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _March 3, 2011.

　　　　　　　　　　　　　　　　　　　_/s/ Spencer Letts_
　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE